JACOB LORILLARD, who has survived GEORGE ENGLE-
HART *v.* EDWARD WELSTED.

Sheriff may be amerced at the term next after that to which the execution
is returnable, although he had offered the property for sale and adjourned
two or three times for want of bidders if he did not specially inform the
plaintiff or his Attorney of the time of sale or adjournment.

*Hornblower* moved to amerce the Sheriff of Hunterdon,
shewed due notice, and a *fi. fa.* &c. returned to November
Term, with levy, &c., and stated that when he placed the
writ in the hands of the sheriff, he specially instructed him
immediately to proceed to its execution.

*Wurts,* for the sheriff, did not dispute the instructions,
but stated that the sheriff had offered the property for sale
after November Term under advertisements, and on two or
three adjournments at which no bidders appeared, and
admitted that the sheriff had not specially informed the
plaintiff of either.

BY THE COURT.—The circumstances here differ widely
from those in the case of the New Brunswick Bank against
Welsted, and afford no excuse to the sheriff.

Amercement ordered.